1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TANIELIAN,<br><br>            Plaintiff,<br><br>    v.<br><br>J. GUERRERO,<br><br>            Defendant. | Case No.: 1:23-cv-01384-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS<br><br>Doc. 15 |

Plaintiff William Tanielian is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 26, 2025, the assigned magistrate judge issued findings and recommendations following screening of plaintiff's first amended complaint, recommending this action proceed only on plaintiff's First Amendment retaliation and Bane Act claims against defendant Guerrero, and that any remaining claims be dismissed.  Doc. 15.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were due within 14 days.  *Id*. at 9.  On December 12, 2025, plaintiff filed a non-opposition to the findings and recommendations.  Doc. 16.

According to the provisions of 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this case.  Having carefully reviewed the file, the Court finds that the findings and

recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on November 26, 2025, Doc. 15, are adopted in full;
2. This action proceeds only on plaintiff's First Amendment retaliation and Bane Act claims against defendant Guerrero;
3. All other claims asserted in plaintiff's first amended complaint, Doc. 12, are dismissed for failure to state a claim; and
4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   December 28, 2025

_____
UNITED STATES DISTRICT JUDGE