UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TANIELIAN,<br>　　　　　Plaintiff,<br><br>v.<br><br>J. GUERRERO,<br>　　　　　　Defendant. | 1:23-cv-01384-KES-CDB<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **PLAINTIFF WILLIAM TANIELIAN, CDCR #T-77725**<br><br>DATE: June 1, 2026<br>TIME:  8:30 a.m. |

**William Tanielian**, inmate, CDCR #T-77725, a necessary and material witness on his own behalf in a Settlement Conference in this case on June 1, 2026, is confined at California State Prison, Corcoran (CSP-COR), in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear **in person** before Magistrate Judge Stanley A. Boone at California State Prison – Corcoran on June 1, 2026, at 8:30 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to appear **in person** to testify the in United States District Court at the time and place above, until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.


### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California State Prison, Corcoran (CSP-COR)**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to appear **in person** to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

IT IS SO ORDERED.

Dated:   **April 28, 2026**　　　　　_____

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

