UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TANIELIAN,<br><br>        Plaintiff,<br><br>   v.<br><br>J. GUERRERO,<br><br>        Defendant. | No.  1:23-cv-01384-KES-CDB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE WILLIAM TANIELIAN, CDCR #T-77725 |

A settlement conference in this matter commenced on June 1, 2026. Inmate William Tanielian, CDCR #T-77725, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: _6/1/26_                               _____
                                            UNITED STATES MAGISTRATE JUDGE

1