UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TANIELIAN, | No. 1:23-cv-01384-KES-CDB (PC) |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| J. GUERRERO, | |
| Defendant. | |

On June 1, 2026, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1.    All pending deadlines are VACATED; and

2.    The parties shall file dispositional documents within **thirty (30)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:    **June 1, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1