UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TANIELIAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>J. GUERRERO,<br><br>                    Defendant. | Case No.: 1:23-cv-01384-KES-CDB (PC)<br><br>**ORDER DIRECTING CLERK OF THE COURT TO TERMINATE CASE**<br><br>(Doc. 33) |

On June 9, 2026, the parties filed a Stipulation for Voluntary Dismissal of Action with Prejudice. (Doc. 33.) The stipulation is signed and dated by Plaintiff William Tanielian and by Kori V. Salas, counsel for Defendant J. Guerrero. (*Id.*) It indicates that the parties stipulate to a dismissal of this action with prejudice and each party is to bear its own litigation costs and attorney's fees. (*Id.*)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **June 10, 2026**                     _____

UNITED STATES MAGISTRATE JUDGE